FILED: October 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2022
(A200-232-664)

_____

JOSE LEONARDO MERINO-CASTRO

       Petitioner

v.

LORETTA E. LYNCH, Attorney General

       Respondent

_____

O R D E R

_____

       The court grants respondent's motion to file the Certified Administrative Record out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk